DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIAH H. SOLER,**
Appellant,

v.

**F&L CONSULTING OF SOUTH FLORIDA, INC.,**
Appellee.

No. 4D21-3248

[July 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE21000916.

Mariah H. Soler, Pembroke Pines, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***